# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 20-cr-196 ADM/DJF |
| | Date: June 13, 2024 |
| Abdelhamid Al-Madioum, | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| Defendant | Courtroom: 12W |
| | Time Commenced: 11:04 a.m. |
| | Time Concluded: 11:58 a.m. |
| | Time in Court: 54 minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Andrew Winter, AUSA
For Defendant: Manny Atwal, FPD

☒ Sentencing
IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| Count 1 | ☒ | 120 Months | 15 Years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
　　☒ Special assessment in the amount of $100.
☒ Defendant remanded to the custody of the U.S. Marshal.


**Doc. Nos. 52-54, 56-58, 62, 64, 66 & 70 shall remain sealed <mark>until June 13, 2044.</mark>

s/LPH
Courtroom Deputy