Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

## DISTRICT OF MINNESOTA

## United States v. Abdelhamid Al-Madioum

## Docket No. 0864 0:20CR00196-001(ADM)

### Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdelhamid Al-Madioum** who was sentenced for Providing Material Support to a Designated Foreign Terrorist Organization on June 13, 2024, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 15 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Computer restrictions
- Social media restrictions
- Language restrictions
- General search condition
- Financial disclosure
- No extremist materials
- Submit to polygraphs
- Surrender passport and restrict travel documents
- Mental Health Counseling
- Up to 180 days at a residential reentry center with home detention and use of location monitoring (GPS) (satisfied: September 24, 2025)
- Remainder of 180-day RRC term to be completed as curfew with location monitoring (modification: September 22, 2025)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Abdelhamid Al-Madioum is not alleged to have violated the conditions of supervision. This modification is being requested to lessen one restriction, in response to overall observed compliance, and with the goal of increased stability as he continues to reintegrate into the community.

Petition on Supervised Release
Page 2

RE: **Abdelhamid Al-Madioum**
Docket No. 0864 0:20CR00196-001(ADM)

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall be allowed to apply for a new passport, but he is required to have the document sent directly to the U.S. Probation Office. The defendant will be permitted to use this document for purposes not related to travel out of the country, as deemed appropriate by the probation officer. Probation will retain possession of the passport.

ORDER OF THE COURT

Considered and ordered this ___26th___ day of ___March___, and ordered filed and made a part of the records in the above case.

_____
Ann D. Montgomery
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
_____
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on     March 25, 2026

Place     Minneapolis

Approved:

*Heather Otepka*
_____
Heather Otepka
Supervisory U.S. Probation Officer